UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Hakan Yalincak,<br>A-077-851-496<br>　　*Petitioner*,<br><br>　　　　*v.*<br><br>United States of America,<br>　　*Respondent*. | Civil No. 3:08cv1453 (JBA)<br><br>Criminal Nos. 3:05cr111 (JBA)<br>　　　　　　　3:05cv153 (JBA)<br><br>January 9, 2009 |

**ORDER GRANTING STAY OF REMOVAL**

Petitioner Hakan Yalincak's motion to stay his removal from the United States until this Court rules on his motion pursuant to 28 U.S.C. § 2255 [Doc. # 20] is granted. Petitioner's motion for release on bond [Doc. # 22] is denied.

Accordingly, Petitioner's removal is hereby ordered stayed until further order of this Court.

IT IS SO ORDERED.

　　　　　　　　　　　　/s/
　　　　　　　　Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 9th day of January, 2009.